BENJAMIN B. WAGNER
United States Attorney
KAREN A. ESCOBAR
Assistant U.S. Attorney
2500 Tulare Street, Suite 4401
Fresno, California 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for the
United States of America

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) 1:12-CR-00341-LJO-SKO |
|---|---|
| Plaintiff, | ) STIPULATION CONTINUING STATUS ) CONFERENCE; ORDER |
| | ) Date: July 1, 2013 |
| v. | ) Time: 1:00 P.M. |
| | ) Judge: SHEILA K. OBERTO |
| RASSAMEL PHOTHIDOKMAI, ET AL., | ) |
| Defendants. | ) |

**IT IS HEREBY STIPULATED** by and between the parties hereto, and through their respective attorneys of record herein, that the status conference now set for June 17, 2013, may be continued to **July 1, 2013, at 1:00 p.m**.

The reason for the continuance is due to the passing of the mother of the assigned prosecutor.  The parties stipulate and agree that the interests of justice served by granting this continuance outweigh the best interests of the public and the defendant in a speedy trial and that the delay from the continuance shall be excluded from the calculation of time under the Speedy Trial Act pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and (B)(iv).

Dated:     June 13, 2013                BENJAMIN B. WAGNER
                                        United States Attorney

                                   By:  ___/s/_____
                                        KAREN A. ESCOBAR
                                        Assistant U.S. Attorney


Dated:     June 13, 2013                ___/s/_____
                                        BARBARA HOPE O"NEILL
                                        Counsel for Defendant
                                        Rassamee Phothidokmai


Dated:     June 13, 2013                ___/s/_____
                                        PETER MICHAEL JONES
                                        Counsel for Defendant
                                        Paul Noakham


Dated:     June 13, 2013                ___/s/_____
                                        GARY L. HUSS
                                        Counsel for Defendant
                                        Phonepasejth Phaphilom


Dated:     June 13, 2013                ___/s/_____
                                        ROGER K. LITMAN
                                        Counsel for Defendant
                                        Thavone Onsyphanla


///

///

///

**O R D E R**

The intervening period of delay shall be excluded in the interests of justice pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and 3161(h)(7)(B)(iv).

IT IS SO ORDERED.

**Dated:    June 13, 2013**           /s/ Sheila K. Oberto
                                      UNITED STATES MAGISTRATE JUDGE